IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHN EMMI, | : CIVIL ACTION |
| | : NO. 16-3774 |
| Plaintiff, | : |
| | : |
| v. | : |
| | : |
| MICHAEL DEANGELO, et al., | : |
| | : |
| Defendants. | : |

# **O R D E R**

**AND NOW**, this **21st** day of **August, 2017,** upon consideration of Defendants' oral motion made at trial to introduce either the live testimony of Plaintiff's wife, Marianne Emmi, or certain portions of the transcript from her deposition in this case, and for the reasons stated on the record and in the accompanying Memorandum, it is hereby **ORDERED** that the motion is **DENIED.**[1]

**AND IT IS SO ORDERED.**

/s/ Eduardo C. Robreno
**EDUARDO C. ROBRENO,       J.**

---

[1] This Order and accompanying Memorandum are intended to explain and supplement the oral ruling on Defendants' motion issued by the Court from the bench during trial on August 18, 2017.